BENTON v. ALLEN.

ATKINSON, J.    1. The evidence, though conflicting, was sufficient to author-
ize the finding of the jury; and the verdict, having been approved by
the presiding judge, will not be set aside by this court as contrary to
law and evidence.

2. In this case there was direct conflict in the evidence as to the question
of possession under claim of right on the part of the protestant, and
the length of time during which it had continued; and in this respect
it differs from the case of *Christian* v. *Weaver*, 79 *Ga.* 406 (7 S. E.
261), and similar cases where the undisputed evidence showed that pro-
cessioners had disregarded boundary lines fixed by possession for the
requisite period.

3. Evidence of four witnesses that one of the contesting parties had been
in possession of the disputed parcel of land for a considerable number
of years, cultivating it as his own, was not evidence of general reputa-
tion; and a failure on the part of the presiding judge to charge the
jury that general reputation in the neighborhood shall be evidence as
to ancient landmarks of more than 30 years standing furnishes no
ground for a new trial.    *Judgment affirmed.    All the Justices concur.*

Argued July 22, 1908.—Decided February 9, 1909.

Processioning.    Before Judge Lewis.    Jasper superior court.
October 23, 1907.

*Doyle Campbell,* for plaintiff in error.

*Greene F. Johnson,* contra.